EDMUND COFFIN, Appellant, *v.* THE CHICAGO AND NORTHERN PACIFIC CONSTRUCTION COMPANY, Impleaded, etc.; Respondent.

*Order of publication — when granted — Foreign corporation — jurisdiction over.*

This court has jurisdiction of an action, in which the plaintiff is a resident of this State and the principal defendant a corporation created and existing under the laws of the State of Wisconsin, brought to procure the sale of certain bonds delivered by the corporation as collateral security for the payment of promissory notes made by it.

By the agreement under which the bonds were transferred as security, the party of the second part was, in case of any default on the part of the corporation, authorized to sell the bonds upon giving certain notice therein specified. *Held,* that this stipulation simply conferred the right to sell and prescribed the mode in which the sale could be summarily made, without either expressly or by reasonable implication excluding other lawful proceedings for the attainment of the same object.

Appeal from an order vacating an order of publication, and setting aside service of summons and complaint made under it.

*Edmund Coffin, Jr.,* for the appellant.

*Henry Day,* for the respondent.

Opinion by Daniels, J.

Davis, P. J., and Brady, J., concurred.

Order reversed with ten dollars costs, besides disbursements.